IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LORENZO SOLOMON, # 54500-037**                               **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 5:19cv58-DCB-MTP**
                                                                           **APPEAL NO. 20-60661**

**ATTORNEY GENERAL OF THE UNITED
STATES, LEON RODRIGUEZ, and
GREGORY COLLETT**                                              **RESPONDENTS**

### ORDER DENYING PAUPER STATUS ON APPEAL AS MOOT

BEFORE THE COURT is *pro se* Petitioner Lorenzo Solomon's application [23] to proceed *in forma pauperis* on appeal. The Notice of Appeal [22] was filed on July 22, 2020, and the *ifp* application was filed on August 17. The Court ordered Petitioner to amend his *ifp* application by October 19. Instead, he filed a letter [26], on October 30, indicating that he no longer wished to pursue this appeal. Therefore, the Court finds application to proceed *in forma pauperis* on appeal is moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that *pro se* Petitioner Lorenzo Solomon's application [23] to proceed *in forma pauperis* on appeal should be and is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall forward the letter [26], filed October 30, 2020, along with a copy of this Order, to the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED AND ADJUDGED**, this the  23rd day of November, 2020.

                                       s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE